STATE OF KANSAS, *Appellee,* v. EDWINA H. LOVE, *Appellant.*

No. 48,586

Opinion filed July 11, 1977.

*Robert W. Fairchild,* of Norwood, King & Fairchild, of Lawrence, was on the brief for the appellant.

*Michael J. Malone,* County Attorney, *Curt T. Schneider,* Attorney General, and *Harry E. Warren,* Assistant County Attorney, were on the brief for the appellee.

*Per Curiam:* Affirmed.

CURTIS CLIFFORD WARNER and JANET WARNER, husband and wife, and CURTIS CLIFFORD WARNER, Administrator of the Estate of Christi Dahn Warner, *Appellants,* v. GERALD E. THOMAS, d/b/a THOMAS MOBIL SERVICE and GAYFORD L. GANN, *Appellees.*

No. 48,601

Opinion filed July 11, 1971.

*C. Robert Bell,* of Brick and Bell, of Wichita, argued the cause, and *Gary M. Austerman,* of the same firm, was with him on the brief for the appellants.

*Byron Brainerd,* of Curfman, Brainerd, Harris, Bell, Weigand, and Depew, of Wichita, argued the cause and was on the brief for the appellees.

*Per Curiam:* Reversed.

STATE OF KANSAS, *Appellee,* v. LOU ADAMS a/k/a CHARLES EDWARD SMITH, *Appellant.*

No. 48,663

Opinion filed July 11, 1977.

*Oneil Davis,* of Lewis and Davis, of Wichita, was on the brief for appellant.

*Curt T. Schneider,* attorney general, *Vern Miller,* district attorney, and *Stephen M. Joseph,* assistant district attorney, were on the brief for appellee.

FATZER, C. J. Affirmed.